HARMAN & HULSEY, INCORPORATED, a corporation, *Petitioner,* v. J. M. RAMSEY, *Respondent.*

Division A.

Opinion filed July 15, 1929.

Petition for Rehearing Denied July 30, 1929.

156

*Watson & Saussy,* for Petitioner;

*S. S. Sanford,* for Respondent.

Per Curiam.—This cause coming on to be heard upon motion of counsel for Respondent to quash the writ of *certiorari* heretofore issued in the cause, and the motion having been duly considered upon briefs and argument of counsel for the respective parties, it is thereupon ordered and adjudged by the Court that the said motion be granted and that the writ of *certiorari* issued in this cause be and the same is hereby quashed.

Terrell, C. J., and Whitfield, Ellis, Strum, Brown and Buford, J. J., concur.